# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# DIVISION



FILED
CLERK, U.S. DISTRICT COURT
DEC 21, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

JOSE JESUS PEREZ,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

EDCV17-02436-VAP
EDCR 13-0087 VAP

**ORDER REQUIRING RETURN OF §2255 MOTION**

Based upon Petitioner's Motion to Vacate, Set Aside or Correct Sentence filed herein and good cause appearing:

IT IS HEREBY ORDERED that the United States Attorney file a Return to the motion on or before **1/22/2018**, accompanied by all records, and that Respondent serve a copy of the Return upon the Petitioner prior to the filing thereof.

NO EXTENSIONS OF TIME WILL BE GRANTED EXCEPT FOR GOOD CAUSE SHOWN UNDER EXTRAORDINARY CIRCUMSTANCES.

IT IS FURTHER ORDERED that if the Petitioner desires to file a Reply to the Return, he shall do so twenty-one days from the Return filing date, setting forth separately: (a) his admission or denial of any new factual allegations of the Return, and (b) any additional legal arguments.

IT IS FURTHER ORDERED that if any pleading or other paper submitted to be filed and considered by the Court does <u>not</u> include a certificate of service upon the Respondent, or counsel for Respondent, it will be stricken from this case and disregarded by the Court.

Dated:   12/21/17                           /s/ Virginia A. Phillips
                                            Virginia A. Phillips
                                            Chief United States District Judge